**LEW BRANDON, JR., ESQ.**
Nevada Bar No. 5880
**MATTHEW WHITTAKER, ESQ.**
Nevada Bar No. 13281
**MORAN BRANDON BENDAVID MORAN**
630 S. Fourth Street
Las Vegas, Nevada 89101
(702) 384-8424
(702) 384-6568 - *facsimile*
*l.brandon@moranlawfirm.com*
Attorneys for Defendant,
ALBERTSONS, LLC

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| GUADALUPE BERNAL, an Individual, | |
| Plaintiff, | CASE NO.: 2:17-cv-02656-MMD-PAL |
| v. | |
| ALBERTSON'S, LLC, a Delaware Limited Liability Company doing business as ALBERTSON'S; DOES I – X, unknown individuals; and ROE CORPORATIONS I - X, | |
| Defendants. | |

**STIPULATION AND ORDER**
**FOR DISMISSAL WITH PREJUDICE, LEAVING NO REMAINING PARTIES**

IT IS HEREBY STIPULATED AND AGREED TO by the undersigned that the above entitled matter be dismissed with prejudice, leaving no remaining

///

///

///

///

///

parties, each party bear their respective fees and costs incurred.

DATED this 1st day of December, 2017.

| **RYAN ALEXANDER, CHTD.** | **MORAN BRANDON BENDAVID MORAN** |

*/s/ Ryan Alexander, Esq.*
**RYAN ALEXANDER, ESQ.**
Nevada Bar No. 10845
3017 West Charleston Blvd, Suite 58
Las Vegas, Nevada 89102
(702) 868-3311
(702) 822-1133 – Facsimile
Attorney for Plaintiff,
GUADALUPE BERNAL

*/s/ Lew Brandon, Jr., Esq.*
**LEW BRANDON, JR., ESQ.**
Nevada Bar No. 5880
**MATTHEW WHITTAKER, ESQ.**
Nevada Bar No. 13281
630 S. Fourth Street
Las Vegas, Nevada 89101
Attorneys for Defendant,
ALBERTSONS, LLC

**IT IS ORDERED** that the above entitled matter be dismissed with prejudice, leaving no remaining parties, each party bear their respective fees and costs incurred.

**DATED** this  4th  day of   December  , 2017.

_____
**UNITED STATES DISTRICT JUDGE**

*Respectfully Submitted:*
**MORAN BRANDON BENDAVID MORAN**


 */s/ Lew Brandon, Jr., Esq.*
**LEW BRANDON, JR., ESQ.**
Nevada Bar No. 5880
**MATTHEW WHITTAKER, ESQ.**
Nevada Bar No. 13281
630 S. Fourth Street
Las Vegas, Nevada 89101
Attorneys for Defendant,
ALBERTSONS, LLC



MORAN BRANDON
BENDAVID MORAN
ATTORNEYS AT LAW
630 SOUTH 4TH STREET
LAS VEGAS, NEVADA 89101
PHONE:(702) 384-8424
FAX: (702) 384-6568